```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
STANDARDAERO AVIATION HOLDINGS,
INC.,

                        Plaintiff,
         -against-
                                                   22 Civ. 7515 (AT)
SIGNATURE AVIATION LIMITED
f/k/a SIGNATURE AVIATION PLC,                      ORDER

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/11/2023_

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case manamgent plan. ECF No. 20-1. The parties' proposed period for fact discovery exceeds 120 days. *Id.* ¶ 5. The parties state that "[t]his case involves a complex, commercial transaction that was negotiated between two sophisticated parties over the course of several years," and that they "anticipate that electronic discovery will take more time than otherwise allotted by the Court's default time periods for the completion of discovery." *Id.* ¶ 13. Without more, the Court does not find this explanation to amount to "unique complexities or other exceptional circumstances" in this breach of contract action. *Id.* ¶ 5.

    The parties are directed to propose a shorter period for fact discovery or explain whether the case presents unique complexities or other exceptional circumstances that warrant a discovery period that exceeds 120 days. Accordingly, by **January 18, 2023**, the parties shall either file a revised proposed case management plan or submit a joint letter providing that explanation.

    SO ORDERED.

Dated: January 11, 2023
       New York, New York

ANALISA TORRES
United States District Judge