UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANDARDAERO AVIATION HOLDINGS, INC.,

                    Plaintiff,

-against-

SIGNATURE AVIATION LIMITED
f/k/a SIGNATURE AVIATION PLC,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2023
```

22 Civ. 7515 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated January 9 and 13, 2023. ECF Nos. 18, 22. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **March 3, 2023**, Defendant shall file its motion to dismiss;
3. By **March 24, 2023**, Plaintiff shall file its opposition; and
4. By **April 7, 2023**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: January 18, 2023
       New York, New York

                                          ANALISA TORRES
                                 United States District Judge