UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANDARDAERO AVIATION HOLDINGS, INC.,

                      Plaintiff,

-against-

SIGNATURE AVIATION LIMITED
f/k/a SIGNATURE AVIATION PLC,

                      Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/18/2023
```

22 Civ. 7515 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 2, 2022, Plaintiff, StandardAero Aviation Holdings, Inc., filed a complaint in this action asserting, *inter alia*, a claim for breach of contract based on the February 16, 2021 sale and purchase agreement between Plaintiff and Defendant, Signature Aviation Limited. Compl. ¶ 1, ECF No. 1. The complaint stated that the text of the sale and purchase agreement was attached as Exhibit A. *See id.* ¶ 2. Exhibit A, however, is a one-page document that says "Sealing Application Forthcoming." ECF No. 1-1. No sealing application has been made, and the agreement has not been provided despite being incorporated by reference to the complaint. *See Chambers v. Time Warner, Inc.*, 282 F.3d 147, 152–53 (2d Cir. 2002). Certain excerpts of the agreement have been filed. *See* Morris Decl. Ex. 1, ECF No. 34-1. But the Court has an obligation, in construing a contract, to "give full meaning and effect to all of [the contract's] provisions." *Novartis Pharma AG v. Incyte Corp.*, 520 F. Supp. 3d 514, 525 (S.D.N.Y. 2021). Moreover, certain relevant provisions of the contract have not been provided to the Court in their entirety. *See* Pl. Opp. at 3, ECF No. 33 (referencing Section 6.01(c)(xix)); Def. Reply at 5–7, ECF No. 40 (referencing Section 6.01(c)(vii)).

      Accordingly, by **October 25, 2023**, Plaintiff shall file the February 16, 2021 sale and purchase agreement in its entirety.

      SO ORDERED.

Dated: October 18, 2023
       New York, New York

                                                        ANALISA TORRES
                                                   United States District Judge