UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANDARDAERO AVIATION HOLDINGS, INC.,

          Plaintiff,

-against-

SIGNATURE AVIATION LIMITED f/k/a SIGNATURE AVIATION PLC,

          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/08/2023
```

22 Civ. 7515 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for December 12, 2023, is adjourned to **February 6, 2024**, at **11:40 a.m**.

SO ORDERED.

Dated: November 8, 2023
      New York, New York

                                              ANALISA TORRES
                                        United States District Judge